CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREI DENISOV,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al*.,<br><br>    Defendants. | Case No. 3:24-cv-06406 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties apologize to the Court for their delay in submitting a response by July 10, 2025, due to the parties' inability to confer following Plaintiff's counsel's medical leave. The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On November 20, 2024, the Court granted the parties' request to stay proceedings until July 10, 2025, to allow time for the agency to interview and adjudicate Plaintiff's asylum application. *See* Dkt. 11. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for March 12, 2025, but Plaintiff's counsel requested the interview be rescheduled. USCIS has rescheduled the interview for August 25, 2025. Following the interview, USCIS

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

1  will need additional time to complete adjudication of the application.

2  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
3  December 23, 2025, at which time the parties will file a joint status report with the Court. At that time,
4  the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
5  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
6  case will benefit the parties and conserve the Court's resources while the parties pursue a potential
7  administrative resolution.

Dated: July 14, 2025                                  Respectfully submitted,[2]

                                                      CRAIG H. MISSAKIAN
                                                      United States Attorney


                                                       /s/ Elizabeth D. Kurlan
                                                      ELIZABETH D. KURLAN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants



Dated: July 14, 2025                                   /s/ Svetlana L. Kaff
                                                      SVETLANA L. KAFF
                                                      Attorney for Plaintiff




**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 18, 2025

                                                      _____
                                                      LISA J. CISNEROS
                                                      United States Magistrate Judge




---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.