United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREI DENISOV,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | Case No. 24-cv-06406-LJC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS MOOT**<br><br>Re: Dkt. No. 15 |

On November 17, 2025, the Court ordered Plaintiff's counsel Svetlana Kaff to show cause no later than November 21, 2025 why she should not be disqualified due to her inactive bar status. ECF No. 14. That deadline has passed without a response from Kaff. Kaff is therefore DISQUALIFIED as counsel for Plaintiff, and the Clerk is instructed to update the docket to indicate that Plaintiff is proceeding pro se. Because Plaintiff is an asylee and the Court lacks sufficient information to determine whether he faces any risk of persecution if his address is disclosed, the Clerk shall withhold Plaintiff's mailing address from the public docket pending further order of the Court.

That previous Order to Show Cause also directed Defendants[1] to file an update regarding the status of Plaintiff's application. Defendants indicated that they granted the asylum application at issue following Plaintiff's August 25, 2025 interview. ECF No. 15. This action seeking adjudication of that application therefore appears to be moot, and the parties are ORDERED TO SHOW CAUSE why this case should not be DISMISSED without prejudice on that basis. Any

---

[1] Kristi Noem replaced Alejandro Mayorkas as Secretary of Homeland Security while this case has been pending, and is therefore automatically substituted as the named defendant in the case caption pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1  party that believes this case should remain open must file a response to this Order no later than
2  December 12, 2025.
3      The Clerk is instructed to serve a copy of this Order on Plaintiff by first class mail at the
4  address listed in Defendant's Status Report (ECF No. 15).
5      Because Plaintiff's counsel has been disqualified, Plaintiff must personally file a response
6  to this Order if Plaintiff wishes to proceed with this case.  As stated in the previous Order to Show
7  Cause, instructions to register for electronic filing are available at https://cand.uscourts.gov/e-
8  filing-self-registration-instructions-pro-se-litigants.  Additional information for parties
9  representing themselves are available at https://cand.uscourts.gov/representing-yourself.  Plaintiff
10 may also schedule an appointment for advice from the Legal Help Center by 415-782-8982 or
11 emailing fedpro@sfbar.org.  Attorneys at the Legal Help Center cannot represent parties in
12 litigation but can provide basic assistance to parties representing themselves.
13 **IT IS SO ORDERED.**
14 Dated: November 26, 2025

LISA J. CISNEROS
United States Magistrate Judge

2