UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREI DENISOV,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No.  24-cv-06406-LJC<br><br>**ORDER REGARDING NOTICE OF DISMISSAL**<br><br>Re: Dkt. No. 17 |

In an abundance of caution, the Court previously directed the Clerk to "withhold Plaintiff's mailing address from the public docket pending further order of the Court," because the record did not include sufficient information to determine whether Plaintiff (an asylee) faced a risk of persecution if his address were disclosed. ECF No. 16. Plaintiff has now filed a Notice of Voluntary Dismissal requesting that the "docket be updated to reflect his pro se status and his current contact information below." ECF No. 17. The Clerk is therefore instructed to update the docket to reflect Plaintiff's contact information.

Plaintiff's Notice of Voluntary Dismissal is effective without Court action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In light of Plaintiff's voluntary dismissal, all previously scheduled deadlines, including but not limited to deadlines to respond to orders to show cause, are hereby vacated.

**IT IS SO ORDERED.**

Dated: December 8, 2025

LISA J. CISNEROS
United States Magistrate Judge